FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:04 pm, May 14, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

CHARLES STANGO,

      Petitioner,

   v.

LINDA GETER,[1]

      Respondent.

CIVIL ACTION NO.: 2:20-cv-30

## O R D E R

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 8.

The Court **ORDERS** Petitioner to file any objections to the Respondent's motion for dismissal

or to otherwise inform the Court of his decision not to object to Respondent's Motion to Dismiss

within 14 days of the date of this Order.  If Petitioner does not respond to Respondent's Motion

within 14 days, the Court will determine there is no opposition to the Motion, grant the Motion

as unopposed, and deem Petitioner to have failed to follow a Court Order.

     **SO ORDERED**, this 14th day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]     The Court **DIRECTS** the Clerk of Court to amend the caption and record in this case to reflect Linda Geter is the proper Respondent.  Doc. 8 at 1 n.1.