# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| CHARLES STANGO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-30 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Charles Stango ("Stango") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DENIES** Stango's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

Stango *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_9\_\_\_ day of \_\_March\_\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)